UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 99-238 |
| SIDNEY JOSEPH | SECTION: "N" |

## ORDER

The record of this matter reflects that the defendant has filed a pro se pleading by which the defendant seeks to assert a claim for relief under 28 U.S.C. § 2255 pursuant to *Johnson v. United States*, ___ U.S. ___, 135 S.Ct. 2551 (2015).

Accordingly,

**IT IS ORDERED** that defendant is hereby **DIRECTED** to and granted leave to file Form AO243 – *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody* as an attachment to the previously filed claim of relief. All claims for relief the defendant seeks to assert must be included in the 28 U.S.C. § 2255 motion on Form AO243 and must state the facts that support each ground for relief.

If this is the defendant's first motion for relief under 28 U.S.C. § 2255, defendant is cautioned that all § 2255 claims the defendant seeks to assert must be included in the motion. Any subsequent § 2255 motion the defendant files will be subject to the rules and restrictions applicable to motions for relief under 28 U.S.C. § 2255 and may be considered "second or successive" motions.

The completed form must be returned to Clerk, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-151, New Orleans,

Louisiana 70130, within twenty-one (21) days of the date of this order. The form is provided with this order for the defendant's convenience.

New Orleans, Louisiana, this __30th__ day of __June__, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE