UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 99-238 |
| SIDNEY JOSEPH | SECTION "N" |

## ORDER

On the present showing made, considering the record in this matter, **IT IS ORDERED** that Sidney Joseph's motion for leave to appeal in forma pauperis and for appointment of counsel, motion for certificate of appealability, motion for leave to file, and motion to vacate under 28 U.S.C. § 119 (Rec. Docs. 116, 117, 118, and 119) are **DENIED**. *See* Appeal Nos. 16-30664 and 08-30034.

New Orleans, Louisiana, this 29th day of November 2016.

**KURT D. ENGELHARDT**
**United States District Judge**